IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PHILIP TINSLEY III,           )
                              )
       Plaintiff              )
                              )
v.                            )    Case No. 1:03CV00970
                              )
BB&T CORPORATION,             )
                              )
       Defendant              )

## JUDGMENT

For the reasons stated in a Memorandum Order filed contemporaneously, IT IS ORDERED THAT this action BE DISMISSED with prejudice.

This the day of October 13, 2006

                                         /s/ N. Carlton Tilley, Jr.
                                       United States District Judge